UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHAD WILLIAMS**
    **Plaintiff,**

v.                                            Case No. 19-C-0847

**NCL GRAPHIC SPECIALTIES, INC.,**
    **Defendant.**

---

## SCHEDULING ORDER

In accordance with the discussion held during the status conference on November 17, 2022, **IT IS ORDERED** that:

1. All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **March 17, 2023**.

2. a. Dispositive motions must be served and filed on or before **May 19, 2023**.

    b. All summary judgment motions and briefing thereon must comply with Civil L. R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L. R. 56(a).

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 17th day of November, 2022.

                                    /s/Lynn Adelman
                                    LYNN ADELMAN
                                    District Judge