# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

.S. DISTRICT COURT
E[...] [...] - WI
FILED

2023 JUL 27 A 10: 32

[...] OF COURT

Chad Williams

Plaintiff(s),

v.

Multi-Color Corp. Inc.

Defendant(s).

**DOCKETING STATEMENT**

**CASE NO.**

19-cv-847

## I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a (civil) (criminal) action arising under the laws of the

United States pursuant to _8_ U.S.C. § _1329_

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Eastern District

of Wisconsin entered on _7·19·23_ by the Honorable _Lynn Adelman_ .

The United States Court of Appeals has jurisdiction to decide this case pursuant to

_28_ U.S.C. § _83_ .

The Notice of Appeal was filed with the District Court on ___7-27-23___ .

Dated at Milwaukee, Wisconsin, this _27th_ day of _July_ , _2023_

Chad Williams
Name:

P. O. ADDRESS:
2920 N. 26th St.
Milwaukee WI.
53206